**Slip Op. 13-138**


## UNITED STATES COURT OF INTERNATIONAL TRADE


**EVERTEK COMPUTER CORP.**,

        Plaintiff,

    v.

**UNITED STATES**,

        Defendant.

**Before: Timothy C. Stanceu, Judge**

**Court No. 12-00056**


### JUDGMENT

Upon considering undisputed facts set forth in the Joint Status Report (June 27, 2013), ECF No. 21, the court concludes that this action no longer presents a case or controversy. U.S. Const. art. III. This action, which concerned the admissibility of merchandise that was the subject of Entry No. EAY-0001549-0, became moot when that merchandise was destroyed. Therefore, it is hereby

**ORDERED** that this action be, and hereby is, dismissed for lack of jurisdiction.


           /s/ Timothy C. Stanceu
           Timothy C. Stanceu
           Judge


Dated: November 8, 2013
      New York, New York